# UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| IN RE: § § § § § | CASE NO. 1:15-bk-10590 |
| GREG WILLIAM GAVIN | |
| CARRIE ANN GAVIN | |
| DEBTOR | |

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| **Fay Servicing, LLC as servicing agent for Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Hilldale Trust** | **Wilmington Savings Fund Society, FSB, not in its individual capacity but solely as Trustee for the PrimeStar-H Fund I Trust c/o Statebridge Company, LLC** |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

   Fay Servicing, LLC
   Bankruptcy Department
   939 W. North Avenue Suite 680
   Chicago, Illinois 60642

Phone: 312-780-0011
Last Four Digits of Acct #: **xxxxxx6107**

Court Claim # (if known): 2-1
Amount of Claim: $245,597.88
Date Claim Filed: 04/14/2015

Phone:
Last Four Digits of Acct.#: 8565

Name and Address where transferee payments should be sent (if different from above):

   Fay Servicing, LLC
   Bankruptcy Department
   939 W. North Avenue Suite 680
   Chicago, Illinois 60642

Phone: 312-780-0011
Last Four Digits of Acct #: **xxxxxx6107**

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ John J. Rafferty             Date:     08/31/2016
   Transferee/Transferee's Agent

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**CERTIFICATE OF SERVICE OF TRANSFER OF CLAIM**

    I hereby certify that a true and correct copy of the foregoing document has been served upon the following parties in interest on the 31 day of August, 2016 via electronic notice unless otherwise stated:

**Debtor**  *Via U.S. Mail*
Greg William Gavin
5423 Brigade Court
Cincinnati, OH 45239

Carrie Ann Gavin
5423 Brigade Court
Cincinnati, OH 45239


**Debtors' Attorney**
Eric W Goering
220 West Third Street
Third Floor
Cincinnati, OH 45202


**Chapter 13 Trustee**
Margaret A Burks
600 Vine Street
Suite 2200
Cincinnati, OH 45202


**US Trustee**
Asst US Trustee (Cin)
Office of the US Trustee
36 East Seventh Street
Suite 2030
Cincinnati, OH 45202


/s/ John J. Rafferty
John J. Rafferty