UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION DIVISION

IN RE:  CASE NO. 15-10590
CHAPTER 13

GREG WILLIAM GAVIN
CARRIE ANN GAVIN  JUDGE BETH A. BUCHANAN

DEBTORS  **NOTICE OF FINAL CURE PAYMENT**

Pursuant to Federal Rule of Bankruptcy Procedure 3002.1(f), the Chapter 13 Trustee, Margaret A. Burks files this Notice of Final Cure Payment. The amount required to cure the default in the claim listed below has been paid in full.

**Name of Creditor:** FAY SERVICING, LLC

**Final Cure Amount**

| Court Claim # | Account Number | Claim Asserted | Claim Allowed | Amount Paid |
|---|---|---|---|---|
| 2 | 6107 | $36,753.75 | $36,753.75 | $36,753.75 |
| Total Amount Paid by Trustee | | | | $36,753.75 |

**Monthly Ongoing Mortgage Payment**

Mortgage is Paid:

**X**  Through the Chapter 13 Conduit          __  Direct by the Debtors

Within 21 days of the service of the Notice of Final Cure Payment, the creditor MUST file and serve a Statement as a supplement to the holder's proof of claim on the Debtors, Debtors' Counsel and the Chapter 13 Trustee, pursuant to Fed.R.Bank.P.3002.1(g), indicating 1) whether it agrees that the Debtors have paid in full the amount required to cure the default on the claim; and 2) whether the Debtors are otherwise current on all payments consistent with 11 U.S.C. § 1322(b)(5).

The statement shall itemize the required cure or post-petition amounts, if any, that the holder contends remain unpaid as of the date of the statement. The statement shall be filed as a supplement to the holder's proof of claim and is not subject to Rule 3001(f). Failure to notify may result in sanctions.

See attached Memorandum detailing post-petition payments if case is a Conduit.

CASE NO. 15-10590

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Final Cure Payment was served **electronically** on the date of filing through the court's ECF System on all ECF participants registered in this case at the email address registered with the court and

by **first class mail** on November 13, 2020 addressed to:

GREG WILLIAM GAVIN, CARRIE ANN GAVIN, 5423 BRIGADE COURT, CINCINNATI, OH  45239

FAY SERVICING, LLC, P.O. BOX 814609, DALLAS, TX  75381-4609

/s/ MARGARET A BURKS, TRUSTEE
MARGARET A BURKS, TRUSTEE
CHAPTER 13 TRUSTEE
600 VINE, SUITE 2200
CINCINNATI, OH  45202

## CHAPTER 13 TRUSTEE'S MEMORANDUM REGARDING NOTICE OF FINAL CURE

In addition to paying the pre-petition mortgage arrearage claim(s) totaling $36,753.75 to Fay Servicing, LLC, the Trustee also paid post-petition payments as follows:

$1,635.32 for the months of MARCH 2015- JULY 2020 subtotaling $106,295.80.

Debtor(s) must resume the regular mortgage payment beginning with the August 2020 mortgage payment.