IN THE UNITED STATES BANKRUPTCY COURT          bknotice
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| IN RE:<br>GREG WILLIAM GAVIN<br>CARRIE ANN GAVIN<br>5423 BRIGADE COURT<br>CINCINNATI, OH  45239 | CASE NO. 15-10590<br>CHAPTER 13<br>JUDGE BETH A. BUCHANAN |

　　　　Debtors

---

CHAPTER 13 TRUSTEE'S CERTIFICATION OF FINAL PAYMENT
AND CASE HISTORY ELIGIBLE FOR DISCHARGE

---

　　The above case having been completed on Nov 06, 2020, the Trustee has filed this Certification of Final Payment and Case History and has attached a detailed record of all receipts and disbursements.  A review of the case file at the Bankruptcy Court did not reveal any filed proofs of claims other than as herein set forth.

A FINAL REPORT will be filed with the Court after all checks issued by the Trustee have been paid.  That report will account for any receipts and disbursements since the issuance of the Certification of Final Payment and Case History.

Bankruptcy Rule 1007 (b) (7) requires the Chapter 13 debtor to file a statement regarding completion of a course in personal financial management, prepared as prescribed by the appropriate official form.  The statement required by this section shall be filed by the debtor no later than the last payment made by the debtor as required by the plan or the filing of a motion for entry of discharge.

**Within twenty one (21) days of the filing of this Chapter 13 Trustee's Certification of Final Payment and Case History, debtors shall file with the Court the "Debtor(s)' Certification Regarding Issuance of Discharge Order". The form can be viewed on the Trustee's website at www.13network.com.**

1. The case was filed on Feb, 23, 2015 and confirmed on May, 19, 2015. The case is submitted for closing as COMPLETED.

2. The amount paid to the Trustee by or on behalf of the debtor(s) was $175,739.74.

3. The Trustee made disbursements to the creditor(s) listed below:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | PRINCIPAL PD | INTEREST PD | BALANCE DUE |
|---|---|---|---|---|---|
| CAPITAL ONE BANK | UNSECURED CREDITOR | $12,298.66 | $614.93 | $0.00 | $0.00 |
| Clm #:  0001 | Dividend Paid:  5.00% | Interest Rate:  .00% | | | |
| DISCOVER BANK | UNSECURED CREDITOR | $2,078.34 | $103.92 | $0.00 | $0.00 |
| Clm #:  0002 | Dividend Paid:  5.00% | Interest Rate:  .00% | | | |
| JILL KECK, ESQ | NOTICE ONLY | $0.00 | $0.00 | $0.00 | $0.00 |
| Clm #:  0003<br>COMMENT:  DISCOVER BANK | Dividend Paid:  .00% | Interest Rate:  .00% | | | |
| KEITH D. WEINER & ASSOC. CO., LPA | NOTICE ONLY | $0.00 | $0.00 | $0.00 | $0.00 |
| Clm #:  0004<br>COMMENT:  WELLS FARGO | Dividend Paid:  .00% | Interest Rate:  .00% | | | |
| MARSHALL & ISLEY BANK FSB | NOTICE ONLY | $0.00 | $0.00 | $0.00 | $0.00 |
| Clm #:  0005<br>COMMENT:  WILMINGTON SAVINGS | Dividend Paid:  .00% | Interest Rate:  .00% | | | |

CHAPTER 13 CASE NO. 15-10590

| CREDITOR NAME | CLASS | CLAIM AMOUNT | PRINCIPAL PD | INTEREST PD | BALANCE DUE |
|---|---|---:|---:|---:|---:|
| ROBERT J. OLENDER, ESQ. | NOTICE ONLY | $0.00 | $0.00 | $0.00 | $0.00 |
| Clm #: 0006 | Dividend Paid: .00% | Interest Rate: .00% | | | |
| COMMENT: BMO | | | | | |
| RUSHMORE LOAN MANAGEMENT SERVICES | UNSECURED CREDITOR | $71,729.79 | $3,586.49 | $0.00 | $0.00 |
| Clm #: 0007 | Dividend Paid: 5.00% | Interest Rate: .00% | | | |
| COMMENT: 2ND MTG-ORDER TO VOID LIEN | | | | | |
| REISENFELD & ASSOCIATES | NOTICE ONLY | $0.00 | $0.00 | $0.00 | $0.00 |
| Clm #: 0008 | Dividend Paid: .00% | Interest Rate: .00% | | | |
| COMMENT: WILMINGTON SAVINGS FUND | | | | | |
| THOMAS & THOMAS | NOTICE ONLY | $0.00 | $0.00 | $0.00 | $0.00 |
| Clm #: 0009 | Dividend Paid: .00% | Interest Rate: .00% | | | |
| WELLS FARGO BANK | NOT FILED | $0.00 | $0.00 | $0.00 | $0.00 |
| Clm #: 0010 | Dividend Paid: 100.00% | Interest Rate: 6.00% | | | |
| FAY SERVICING, LLC | MORTGAGE ARREARS | $36,753.75 | $36,753.75 | $0.00 | $0.00 |
| Clm #: 0011 | Dividend Paid: 100.00% | Interest Rate: .00% | | | |
| COMMENT: FIRST MORTGAGE | | | | | |
| FAY SERVICING, LLC | ONGOING MORTGAGE | $106,295.80 | $106,295.80 | $0.00 | $0.00 |
| Clm #: 0012 | Dividend Paid: 100.00% | Interest Rate: .00% | | | |
| COMMENT: MARCH 2015- JULY 2020 | | | | | |
| DAVID T. BRADY, ESQ. | NOTICE ONLY | $0.00 | $0.00 | $0.00 | $0.00 |
| Clm #: 0013 | Dividend Paid: .00% | Interest Rate: .00% | | | |
| COMMENT: WOODS COVE | | | | | |
| HAMILTON COUNTY TREASURER | SECURED CREDITOR | $3,679.66 | $3,679.66 | $0.00 | $0.00 |
| Clm #: 0014 | Dividend Paid: 100.00% | Interest Rate: .00% | | | |
| RED CLOVER 1, LLC | SECURED CREDITOR | $9,480.62 | $9,480.62 | $0.00 | $0.00 |
| Clm #: 0015 | Dividend Paid: 100.00% | Interest Rate: .00% | | | |
| WYNN SINGER & ASSOCIATES | UNSECURED CREDITOR | $112.50 | $5.62 | $0.00 | $0.00 |
| Clm #: 0016 | Dividend Paid: 5.00% | Interest Rate: .00% | | | |
| BANK OF AMERICA | NOT FILED | $0.00 | $0.00 | $0.00 | $0.00 |
| Clm #: 0017 | Dividend Paid: 5.00% | Interest Rate: .00% | | | |
| BETHESDA HOSPITAL | NOT FILED | $0.00 | $0.00 | $0.00 | $0.00 |
| Clm #: 0018 | Dividend Paid: 5.00% | Interest Rate: .00% | | | |
| CARDMEMBER SERVICES | NOT FILED | $0.00 | $0.00 | $0.00 | $0.00 |
| Clm #: 0019 | Dividend Paid: 5.00% | Interest Rate: .00% | | | |
| CARDMEMBER SERVICES | NOT FILED | $0.00 | $0.00 | $0.00 | $0.00 |
| Clm #: 0020 | Dividend Paid: 5.00% | Interest Rate: .00% | | | |
| CINCINNATI CHILDREN'S MEDICAL CENTER | UNSECURED CREDITOR | $3,011.73 | $150.59 | $0.00 | $0.00 |
| Clm #: 0021 | Dividend Paid: 5.00% | Interest Rate: .00% | | | |
| CHRIST HOSPITAL | NOT FILED | $0.00 | $0.00 | $0.00 | $0.00 |
| Clm #: 0022 | Dividend Paid: 5.00% | Interest Rate: .00% | | | |
| CITIBANK | NOTICE ONLY | $0.00 | $0.00 | $0.00 | $0.00 |
| Clm #: 0023 | Dividend Paid: .00% | Interest Rate: .00% | | | |
| COMMENT: HOME DEPOT | | | | | |
| CHILDRENS HOSPITAL | NOTICE ONLY | $0.00 | $0.00 | $0.00 | $0.00 |
| Clm #: 0024 | Dividend Paid: .00% | Interest Rate: .00% | | | |
| CREDIT CLEARING HOUSE OF AMERICA | NOTICE ONLY | $0.00 | $0.00 | $0.00 | $0.00 |
| Clm #: 0025 | Dividend Paid: .00% | Interest Rate: .00% | | | |
| COMMENT: TRI HEALTH | | | | | |
| CREDIT COLLECTION SERVICE | NOTICE ONLY | $0.00 | $0.00 | $0.00 | $0.00 |
| Clm #: 0026 | Dividend Paid: .00% | Interest Rate: .00% | | | |
| COMMENT: LIBERTY MUTUAL | | | | | |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | PRINCIPAL PD | INTEREST PD | BALANCE DUE |
|---|---|---|---|---|---|
| GE CAPITAL | NOTICE ONLY | $0.00 | $0.00 | $0.00 | $0.00 |
| Clm #: 0027 | Dividend Paid: .00% | Interest Rate: .00% | | | |
| COMMENT: LOWES | | | | | |
| HOME DEPOT | NOT FILED | $0.00 | $0.00 | $0.00 | $0.00 |
| Clm #: 0028 | Dividend Paid: 5.00% | Interest Rate: .00% | | | |
| JC CHRISTENSEN & ASSOC. | NOTICE ONLY | $0.00 | $0.00 | $0.00 | $0.00 |
| Clm #: 0029 | Dividend Paid: .00% | Interest Rate: .00% | | | |
| COMMENT: BANK OF AMERICA | | | | | |
| J.A. CAMBECE LAW OFFICE | NOTICE ONLY | $0.00 | $0.00 | $0.00 | $0.00 |
| Clm #: 0030 | Dividend Paid: .00% | Interest Rate: .00% | | | |
| COMMENT: BANK OF AMERICA | | | | | |
| LIBERTY MUTUAL | NOT FILED | $0.00 | $0.00 | $0.00 | $0.00 |
| Clm #: 0031 | Dividend Paid: 5.00% | Interest Rate: .00% | | | |
| LOWE'S | NOT FILED | $0.00 | $0.00 | $0.00 | $0.00 |
| Clm #: 0032 | Dividend Paid: 5.00% | Interest Rate: .00% | | | |
| LTD FINANCIAL SERVICE | NOTICE ONLY | $0.00 | $0.00 | $0.00 | $0.00 |
| Clm #: 0033 | Dividend Paid: .00% | Interest Rate: .00% | | | |
| COMMENT: HOME DEPOT | | | | | |
| MNET FINANCIAL | NOTICE ONLY | $0.00 | $0.00 | $0.00 | $0.00 |
| Clm #: 0034 | Dividend Paid: .00% | Interest Rate: .00% | | | |
| COMMENT: CHIRST HOSPITAL | | | | | |
| MRS ASSOCIATES | NOTICE ONLY | $0.00 | $0.00 | $0.00 | $0.00 |
| Clm #: 0035 | Dividend Paid: .00% | Interest Rate: .00% | | | |
| COMMENT: CHASE | | | | | |
| NCO FINANCIAL | NOTICE ONLY | $0.00 | $0.00 | $0.00 | $0.00 |
| Clm #: 0036 | Dividend Paid: .00% | Interest Rate: .00% | | | |
| COMMENT: CHASE | | | | | |
| NELSON & ASSOC. | NOTICE ONLY | $0.00 | $0.00 | $0.00 | $0.00 |
| Clm #: 0037 | Dividend Paid: .00% | Interest Rate: .00% | | | |
| COMMENT: LOWES | | | | | |
| OPTIMUM OUTCOMES | NOTICE ONLY | $0.00 | $0.00 | $0.00 | $0.00 |
| Clm #: 0038 | Dividend Paid: .00% | Interest Rate: .00% | | | |
| COMMENT: SOUTHERN OHIO PATHOLOGY | | | | | |
| SEARS CREDIT CARDS | NOT FILED | $0.00 | $0.00 | $0.00 | $0.00 |
| Clm #: 0039 | Dividend Paid: 5.00% | Interest Rate: .00% | | | |
| SENEX SERVICES CORPORATION | NOTICE ONLY | $0.00 | $0.00 | $0.00 | $0.00 |
| Clm #: 0040 | Dividend Paid: .00% | Interest Rate: .00% | | | |
| COMMENT: BETHESDA | | | | | |
| SOUTHERN OHIO PATHOLOGY | NOT FILED | $0.00 | $0.00 | $0.00 | $0.00 |
| Clm #: 0041 | Dividend Paid: 5.00% | Interest Rate: .00% | | | |
| EVENDALE MEDICAL CENTER | UNSECURED CREDITOR | $396.23 | $19.81 | $0.00 | $0.00 |
| Clm #: 0042 | Dividend Paid: 5.00% | Interest Rate: .00% | | | |
| UNITED RECOVERY | NOTICE ONLY | $0.00 | $0.00 | $0.00 | $0.00 |
| Clm #: 0043 | Dividend Paid: .00% | Interest Rate: .00% | | | |
| COMMENT: SEARS | | | | | |
| SHAPIRO, VAN ESS, PHILLIPS & BARRAGATE | NOTICE ONLY | $0.00 | $0.00 | $0.00 | $0.00 |
| Clm #: 0044 | Dividend Paid: .00% | Interest Rate: .00% | | | |
| COMMENT: WELLS FARGO BANK | | | | | |
| DAVID T. BRADY, ESQ. | NOTICE ONLY | $0.00 | $0.00 | $0.00 | $0.00 |
| Clm #: 0045 | Dividend Paid: .00% | Interest Rate: .00% | | | |
| SANDHU LAW GROUP, LLC | NOTICE ONLY | $0.00 | $0.00 | $0.00 | $0.00 |
| Clm #: 0046 | Dividend Paid: .00% | Interest Rate: .00% | | | |
| COMMENT: WOODS COVE II, LLC | | | | | |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | PRINCIPAL PD | INTEREST PD | BALANCE DUE |
|---|---|---|---|---|---|
| SANDHU LAW GROUP, LLC | NOTICE ONLY | $0.00 | $0.00 | $0.00 | $0.00 |
| Clm #: 0047 | Dividend Paid: .00% | Interest Rate: .00% | | | |
| COMMENT: TLOA ACQUISITIONS, LLC. | | | | | |

4. Summary of Disbursements:

|  | SECURED | PRIORITY | UNSECURED | CONT DEBTS | TOTAL |
|---|---|---|---|---|---|
| CLAIM AMT | $156,209.83 | $0.00 | $89,627.25 | $0.00 | $245,837.08 |
| PRIN. PAID | $156,209.83 | $0.00 | $4,481.36 | $0.00 | $160,691.19 |
| INT. PAID | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

5. Costs of Administration:

The clerk was paid $0.00 through the plan for the filing fee.
The debtor(s)' attorney was allowed $5,431.00 and was paid $5,431.00.
The Trustee was paid $9,541.64 pursuant to 11 U.S.C. 1302.
The Trustee was paid $13.45 for administrative notice fees.
The debtor(s) were charged $0.00 for NSF items.
Refunds to the debtor(s) and/or new trustee total $62.46.

6. When relief from stay is granted, or the claim has otherwise been paid, the claim balance due will be reflected as zero.

## CERTIFICATION AND OPPORTUNITY TO OBJECT

The debtor having completed payments under the plan and the Trustee having filed a Chapter 13 Trustee's Certification of Final Payment and Case History;

NOTICE is hereby given that if an interested party desires to object to the accounting or to any part thereof they must file an objection and a request for hearing within thirty (30) days of the service of this Certification or the Court will close the estate and the Trustee and the surety will be released on the Trustee's bond. Any objection must set forth with specificity the facts on which the objection is based and be served on the Trustee, debtor(s), and debtor(s)' attorney.

A Trustee's Final Report and Notice to Clerk That Case Can Be Closed will be filed with the Court after all checks issued by the Trustee have been paid. Creditors - No notice will be given of the filing of the Final Report as this notice is intended to comply with Fed.R.Bankr.P.5009(a).

MARGARET A. BURKS, Chapter 13 Trustee, does hereby certify the estate has been fully administered except for any uncleared checks issued by the Trustee and that the attached is an accounting of all receipts and disbursements made herein as of the date of the issuance of this Trustee's Certification of Final Payment and Case History.

NOTICE

IF A DEBTOR(S)' CERTIFICATION IS NOT TIMELY FILED, THIS CASE WILL BE CLOSED. IF THE DEBTOR(s) SUBSEQUENTLY FILES A MOTION TO REOPEN TO ALLOW FOR THE FILING OF THE DEBTOR(S)' CERTIFICATION, THE DEBTOR MUST PAY THE FULL REOPENING FEE.

Respectfully submitted,/s/

/s/   Margaret A. Burks, Esq.
Margaret A. Burks, Esq.
Chapter 13 Trustee
Attorney No. OH 0030377

Francis J. DiCesare, Esq.
Staff Attorney
Attorney No. OH 0038798

Tammy E. Stickley, Esq.
Staff Attorney
Attorney Reg No. OH 0090122

600 Vine Street, Suite 2200
Cincinnati, OH 45202
(513) 621-4488
(513) 621 2643 (Facsimile)
mburks@cinn13.org - Correspondence only
fdicesare@cinn13.org
tstickley@cinn13.org

CHAPTER 13 CASE NO. 15-10590

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing CHAPTER 13 TRUSTEE'S CERTIFICATION OF FINAL PAYMENT AND CASE HISTORY ELIGIBLE FOR DISCHARGE was served electronically on the date of filing through the court's ECF System on all ECF participants registered in this case at the email address registered with the court and by first class mail on November 19, 2020 addressed to:

GREG WILLIAM GAVIN
CARRIE ANN GAVIN
5423 BRIGADE COURT
CINCINNATI, OH  45239

CHILDREN'S HOSPITAL MEDICAL
3333 BURNET AVENUE
CINCINNATI, OH  45229

DR. J. AMIS
3219 CLIFTON AVENUE
CINCINNATI, OH  45212

HAMILTON COUNTY AUDITOR
138 EAST COURT STREET
ROOM 504
CINCINNATI, OH  45202

RUSHMORE LOAN MANAGEMENT SERVICES
P.O. BOX 55004
IRVINE, CA  92619

WELLS FARGO BANK
800 WALNUT STREET
DES MOINES, IA  50309

CAPITAL ONE BANK
BY AMERICAN INFOSOURCE LP
P.O. BOX 71083
CHARLOTTE, NC  28272

DISCOVER BANK
DISCOVER PRODUCTS INC.
P.O. BOX 3025
NEW ALBANY, OH  43054

FAY SERVICING, LLC
P.O. BOX 814609
DALLAS, TX  75381-4609

RED CLOVER 1, LLC
% SANDHU LAW GROUP, LLC
1213 PROSPECT AVENUE
SUITE 300
CLEVELAND, OH  44115

TRIHEALTH/BETHESDA HOSPITAL
619 OAK STREET
CINCINNATI, OH  45206

/s/   Margaret A. Burks, Esq.
Margaret A. Burks, Esq.
Francis J. DiCesare, Esq.
Tammy E. Stickley, Esq.

CHAPTER 13 CASE NO. 15-10590